Certificate Number: 00301-PR-CC-022382226



00301-PR-CC-022382226

# CERTIFICATE OF COUNSELING

I CERTIFY that on December 5, 2013, at 8:17 o'clock PM EST, JOSE E TORRES DIAZ received from InCharge Debt Solutions, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Puerto Rico, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:  December 5, 2013           By:    /s/Samantha Alicea

                                  Name:  Samantha Alicea

                                  Title: Senior Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).